JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES BROWN, SR.,<br><br>  Defendant. | NO. CR18-221RSL<br><br>ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter having come before the Court on the Defendant's Motion for Early Termination of Supervised Release the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Brown's supervised release is warranted by the conduct of Mr. Brown and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Brown shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this 31st day of July, 2020.

*/s/ Robert S. Lasnik*
_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION
FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*James Brown, Sr.;* CR18-221RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Presented by,

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for James Brown, Sr.
Office of the Federal Public Defender

ORDER GRANTING MOTION
FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*James Brown, Sr.;* CR18-221RSL) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100